IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BARBARA STEVENS** | : | **CIVIL ACTION NO. 02-CV-2855** |
| **Plaintiffs** | : | |
| vs. | : | |
| **NATIONAL DENTAL CORPORATION** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this 19th day of July 2002, it has been reported that the issues between the parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), **IT IS HEREBY ORDERED and DECREED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel.

BY THE COURT:

_____
**Hon. Petrese B. Tucker, U.S.D.J.**